UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SFMB MANAGEMENT, LLC

           Plaintiff,

vs.

STARR SURPLUS LINES INSURANCE
COMPANY

           Defendant.

------------------------------------X

Civil Action No. 1:21-cv-05041

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Starr Surplus Lines Insurance Company certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Starr Indemnity & Liability Company owns 100% of Starr Surplus Lines Insurance Company. Starr Global Financial, Inc. owns 100% of Starr Indemnity & Liability Company. 100% of the common shares of Starr Global Financial, Inc. are owned by Starr Insurance Holdings, Inc., which is 100% owned by Starr Global Holdings AG. Starr Global Holdings AG is 100% owned by Starr International Company, Inc. There is not a publicly traded company that owns 10% or more of the Defendant's stock.

Dated: New York, New York
       June 8, 2021

                                          By:   /s/ Jeffrey S. Weinstein
                                                 Jeffrey S Weinstein
                                                 Craig R Rygiel
                                                 Samuel B Weiss
                                          Mound Cotton Wollan & Greengrass LLP
                                          One New York Plaza, 44th Fl.

New York, New York 10004
Tel: (212) 804-4200
jweinstein@moundcotton.com
crygiel@moundcotton.com
sweiss@moundcotton.com

*Attorneys for Starr Surplus Lines Insurance Company*