UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

SFMB MANAGEMENT, LLC

                Plaintiff,

vs.

STARR SURPLUS LINES INSURANCE
COMPANY

                Defendant.

-------------------------------------X

Civil Action No. 1:21-cv-05041-JMF

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for Starr Surplus Lines Insurance Company.

Dated: New York, New York
         June 9, 2021

                                         By:   /s/ Samuel B Weiss
                                                  Samuel B Weiss (5650601)

                                         Mound Cotton Wollan & Greengrass LLP
                                         One New York Plaza, 44th Fl.
                                         New York, New York 10004
                                         Tel: (212) 804-4200
                                         sweiss@moundcotton.com

                                         *Attorneys for Starr Surplus Lines Insurance Company*