UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SFMB MANAGEMENT, LLC,                                             :
:
:
Plaintiff,              :
:          21-CV-5041 (JMF)
-v-                              :
:                ORDER
:
STARR SURPLUS LINES INSURANCE COMPANY,   :
:
Defendant.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 8, 2019, this action was removed from the Supreme Court of New York, New York County, by Defendant Starr Surplus Lines Insurance Company. *See* ECF No. 1 ("Notice of Removal"). Defendant asserts that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332, and that Plaintiff is a limited liability company ("LLC") with its principal place of business in Florida. *See id.* ¶¶ 13-14.

      It is well established that an LLC is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Defendant asserts that the partners and/or members of Plaintiff are unknown to Defendant. *See* Notice of Removal ¶ 15. Accordingly, as required by S.D.N.Y. Local Rule 81.1, Plaintiff shall file a statement addressing its members' citizenship **within twenty-one days of removal**.

      **Within two business days of the date of this Order**, Defendant is directed to serve on Plaintiff a copy of this Order and to file proof of such service on the docket.

      SO ORDERED.

Dated: June 9, 2021
      New York, New York
                                                                                JESSE M. FURMAN
                                                                                United States District Judge